# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 7, 2024

---

### NO. 03-22-00656-CR

**Gary Bean, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.